IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ERIC C. PENDLETON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:19-cv-00695 |
| | ) | |
| WAL-MART SUPERCENTER, et al., | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE HOLMES |
| Defendants. | ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 43), which was filed on April 13, 2020. Through the Report and Recommendation, the Magistrate Judge recommends granting a Motion to Dismiss (Doc. No. 29) filed by Defendants Wal-Mart Supercenter, Wal-Mart, Inc., and Claims Management, Inc., and that these defendants be dismissed from this action. Although the Report advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation, and concludes it should be adopted and approved. Accordingly, the Motion to Dismiss (Doc. No. 29) is **GRANTED,** and Defendants Wal-Mart Supercenter, Wal-Mart, Inc., and Claims Management, Inc. are **DISMISSED** from this action.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE